United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 21-17496-MAM |
| Susan Hader | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 07, 2021 | Form ID: CGFD65 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Hader, 5935 Premier Way Unit 1445, Naples, FL 34109-7904 |
| 96288099 | + | American Express National Bank, POB 53852, Phoenix, AZ 85072-3852 |
| 96288100 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 96288101 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 96288102 | + | Apollo Jets LLC, Bank of America Building, 2000 Glades Road, Suite 204, Boca Raton, FL 33431-8504 |
| 96288103 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 96288115 | + | Emigrant Mortgage Co, 7 Westchester Plaza, Elmsford, NY 10523-1614 |
| 96288135 | + | Jet Mark Inc., C/o Susan Hader, 5935 Premier Way Unit 1445, Naples, FL 34109-7904 |
| 96288136 | + | Mark Hader, 5935 Premier Way Unit 1445, Naples, FL 34109-7904 |
| 96288119 | + | Modlin Slinsky P.A., c/o Scott E. Modlin, 1551 Sawgrass Corporate Parkway, Suite 110, Fort Lauderdale, FL 33323-2832 |
| 96288137 | + | Sunny Bridges Rental 118, LLC, c/o Susan Hader, 5935 Premier Way, Unit 1445, Naples, FL 34109-7904 |
| 96288123 | + | Syncb/henredon Furnitu, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 96288132 | + | Teachers Federal Credit Union, Attn: Bankruptcy, Po Box 9005, Smithtown, NY 11787-9005 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Sep 08 2021 00:35:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 00:44:57 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 96288104 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Sep 08 2021 00:45:05 | Bmw Financial Services, Attn: Bankruptcy, Po Box 3608, Dublin, OH 43016 |
| 96288105 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 00:45:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 96288106 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 00:44:57 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 96288107 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 00:45:09 | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 96288109 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 00:35:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 96288111 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 00:35:00 | Comenitybank/West Elm, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 96288110 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 00:35:00 | Comenitybank/companyst, Po Box 182789, |

| District/off: 113C-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: CGFD65 | Total Noticed: 40 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 96288112 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 08 2021 00:44:59 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 96288113 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 00:45:12 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 96288114 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 00:45:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 96288116 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2021 00:35:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 96288108 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 08 2021 00:44:57 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 96288118 | | Email/Text: ml-ebn@missionlane.com | Sep 08 2021 00:35:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 96288117 | + | Email/Text: M74banko@daimler.com | Sep 08 2021 00:36:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 96288120 | + | Email/Text: bnc@nordstrom.com | Sep 08 2021 00:35:56 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 96288122 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 00:45:09 | Syncb/Crate & Barrel, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96288125 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 00:44:57 | Syncb/Lord & Taylor, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 96288126 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 00:45:08 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 96288127 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 00:45:08 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 96288128 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 00:44:57 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96288130 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 00:44:57 | Synchrony Bank/Linen N' Things, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 96288131 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 00:45:03 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 96288129 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 00:44:57 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96288133 | + | Email/Text: documentfiling@lciinc.com | Sep 08 2021 00:35:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 96288134 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 08 2021 00:35:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96288124 | | Syncb/henredon Stnd Al |
| 96288121 | ##+ | Sherman & Sherman P.A., Attn: Craig & Drew Sherman, 2000 Glades Road, Suite 204, Boca Raton, FL 33431-8504 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 07, 2021 | Form ID: CGFD65 | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Heidi A Feinman | on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov |
| Jason S Rigoli, Esq. | on behalf of Debtor Susan Hader jrigoli@furrcohen.com rrivera@furrcohen.com;staff1@furrcohen.com |
| Michael R Bakst | efilemrb@gmlaw.com<br>ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 4

**CGFD65** (10/01/16)



**ORDERED in the Southern District of Florida on September 6, 2021**

**Mindy A Mora**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 21−17496−MAM**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Susan Hader
aka Susan Goldman, aka Susan G Hader

5935 Premier Way Unit 1445
Naples, FL 34109

SSN: xxx−xx−5707

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

　　Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

###

\* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*